AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

36 C.F.R. 1002.34(a)(2)-
Disorderly Conduct - Class B
Misdemeanor

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**DEFENDANT - U.S.**

▶ ADRIANA CECILIO and CLEIDE MARIA

DISTRICT COURT NUMBER

CR 07 0586 MAG

**PENALTY:**
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

Department of the Interior, US Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 1/26/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges        ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 SEP 13 AM 11:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIANA CECILIO, and<br>CLEIDE FARIA,<br>Defendants. | CR No. 07             <br>VIOLATIONS: 36 C.F.R. §1002.34(a)(2) --<br>Disorderly Conduct (Class B Misdemeanor)<br>SAN FRANCISCO VENUE     MAG |

## INFORMATION

The United States Attorney charges:

On or about January 26, 2007, in the Northern District of California, within the boundaries of an area within the purview of the National Park Service and administered by the Presidio Trust, the defendants,

ADRIANA CECILIO, and
CLEIDE FARIA,

with the intent to cause public alarm, nuisance, jeopardy, or violence, or knowingly or recklessly

//
//

INFORMATION

creating a risk thereof did use language, an utterance, or gesture, in a manner likely to inflict injury in violation of Title 36, Code of Federal Regulations, Section 1002.34(a)(2), a Class B Misdemeanor.

DATED: 9/10/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                -2-