1  MARK GOLDROSEN, SBN 101731
   255 Kansas Street, Suite 340
2  San Francisco, California 94103
   Tel: (415) 565-9600
3  Fax: (415) 565-9601

4
   Attorneys for Defendant
5  ADRIANA CECILIO

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                         SAN FRANCISCO VENUE
9

10
   UNITED STATES OF AMERICA,        )    No. CR-07-0586-01 MAG
11                                  )
         Plaintiff,                 )    DEFENDANT CECILIO'S
12                                  )    SENTENCING MEMORANDUM
         vs.                        )
13                                  )
                                    )
14 ADRIANA CECILIO,       .         )
                                    )
15                                  )
         Defendant.                 )
16                                  )
                                    )
17                                  )    .
                                    )    DATE: January 14, 2008
18                                  )    TIME: 9:30 a.m.
                                    )    DEPT: Hon. Elizabeth D. Laporte
19 _____ )

20       Defendant ADRIANA Cecilio remorsefully appears before this Court for entry of judgment
21 and sentencing.
22       Ms. Cecilio has no objections to the presentence report and does not dispute any material
23 facts contained therein.
24       Ms. Cecilio respectfully requests that the Court impose the sentence set forth in the plea
25 agreement and recommended by the probation officer.  That sentence includes two years of
26 supervised probation, a $500 fine, a $10 special assessment, and a requirement that the defendant
27 have no contact with the victim or the victim's family.
28       As explained in the presentence report, Ms. Cecilio, who is 42 years old and owns her own

- 2 -

1 business, has no arrest record or history of violence. Her offense is an aberration from her normally
2 law abiding lifestyle. Ms. Cecilio is extremely remorseful for her conduct. She recognizes that her
3 business dispute with the victim should have been resolved through peaceful discussion rather than
4 through a confrontation on the street that led to a physical and verbal altercation. Supervised
5 probation will allow Ms. Cecilio to address any rehabilitative needs as well as provide sufficient
6 punishment.

7 DATED: January 7, 2008                                  Respectfully submitted,

9                                                         /s/ Mark Goldrosen
                                                         MARK GOLDROSEN
10                                                        Attorney for Defendant
                                                         ADRIANA CECILIO

**PROOF OF SERVICE**

I, the undersigned say:

I am a citizen of the United States and employed in the County of San Francisco, State of California; I am over the age of 18 years and am not a party to the within action; my business address is 255 Kansas Street, Suite 340, San Francisco, CA 94103.

On January 7, 2008, I personally served a true copy of SENTENCING MEMORANDUM on the parties below by hand delivery or by depositing a true copy of the original thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

> WENDY MAY THOMAS
> Assistant United States Attorney
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, CA 94102
>
> CHERYL L. SIMONE
> U.S. Probation Officer
> 450 Golden Gate Avenue
> Suite 17-6884
> P.O. Box 36057
> San Francisco, CA 94102-3487

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2008 at San Francisco, California..

    /s/ Mark Goldrosen
MARK GOLDROSEN