**FILED**
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR07-586

01/23/2008 03:25 PM EDT

# Case Debt Type Payment Report
## U.S. Courts

Version 7.0.1

San Francisco

Case No. DCAN307CR000586   US V CECILIO

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ADRIANA B. CECILIO | 504100 | FINE-CRIME VICTIMS FUND | 500.00 | 0.00 | CT 3461014535 | 2 | PR | 500.00 | 01/14/2008 |
| 001 | ADRIANA B. CECILIO | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461014535 | 1 | PR | 10.00 | 01/14/2008 |
| 002 | CLEIDE FARIA | 504100 | FINE-CRIME VICTIMS FUND | 500.00 | 0.00 | CT 3461014533 | 2 | PR | 500.00 | 01/14/2008 |
| 002 | CLEIDE FARIA | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461014533 | 1 | PR | 10.00 | 01/14/2008 |

Division Payment Total    1,020.00

Grand Total    1,020.00

Page 1 of 1

*Handwritten annotations:*
$10.00 SPECIAL ASSESSMENT PAID IN FULL on 1-14-08
$500.00 FINE PAID IN FULL on 1-14-08